IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KENNETH PAGE                                                                                    PLAINTIFF

v.                                    Civil No. 1:17-cv-01024

CAPTAIN DOUG WOOD, Columbia
County Detention Center ("CCDC");
SHERIFF MIKE LOE, Columbia County,
Arkansas; GREG HAWLEY, Jail Administrator;
SERGEANT DODD, CCDC; and OFFICER
TYLER C., CCDC                                                                                  DEFENDANTS

## **ORDER**

Before the Court is Plaintiff Kenneth Page's Motion to Reopen Case. (ECF No. 19). Defendants have not responded. The Court finds this matter ripe for consideration.

On February 28, 2018, Plaintiff filed A Motion to Reopen Case. Plaintiff states:

…I filed a lawsuit last March against Col. Co Sheriffs Dept. Now the day after they arrested me on July 12, 2017 – the very next day a motion was filed to close and or dis-miss my pursuit in this matter! These folks lied under oath to a judge that they knew nothing of my where-abouts nor heard anything from me, yet I was in the same spot I am currently setting now! I don't care what it costs I need to file a motion to open this back up for further action…

(ECF No. 19)

Plaintiff filed this 42 U.S.C. § 1983 action *pro se* on March 27, 2017. (ECF No. 1). On September 26, 2017, Defendants filed a Motion to Dismiss (ECF No. 16) stating Plaintiff never responded to Defendants' discovery requests despite this Court's order to do so. The Motion to Dismiss was mailed to Plaintiff's address of record. Plaintiff did not respond to the motion. On October 18, 2017, the Court entered an order granting Defendant's Motion to Dismiss for failure

to obey the Court's order. (ECF No. 18). The order dismissed Plaintiff's claims without prejudice. Consequently, Plaintiff is free to file another § 1983 lawsuit raising his claims.

**The Clerk is DIRECTED to send Plaintiff a § 1983 form complaint along with an *in forma pauperis* application.** Plaintiff is reminded that failure to keep the Court apprised of a valid current address will result in dismissal of a case.

**DATED this 2nd day of April 2018.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE